NO. 07-01-0214-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

FEBRUARY 25, 2002

______________________________

EX PARTE WARREN MCDONALD

_________________________________

FROM THE 64
TH
 DISTRICT COURT OF CASTRO COUNTY;

NO. 94-03-A-2219-CR; HONORABLE JACK R. MILLER, JUDGE

_______________________________

Before BOYD, C.J., and QUINN and JOHNSON, JJ.

Appellant Warren McDonald filed a First Amended Motion to Withdraw Appeal on February 19, 2002, averring that the parties had reached an agreement to resolve the issues on appeal.   The Motion to Dismiss is signed by both appellant and his attorney.  

Without passing on the merits of the case, appellant’s motion for voluntary dismissal is granted and the appeal is hereby dismissed.  Tex. R. App. P. 42.2.   Having dismissed 

the appeal at appellant’s personal request, no motion for rehearing will be entertained and our mandate will issue forthwith.  

Phil Johnson

        Justice

Do not publish.